LINDA TIRELLI
COUNSEL FOR DEBTOR
202 MAMARONECK AVEUNE, 3RD FLOOR
WHITE PLAINS, NEW YORK 10601
PH(914) 946-0860

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**IN THE MATTER OF** :
:
: **CHAPTER 7**
**LUCIA JARAMILLO,** : **CASE NO: 09-22869 (RDD)**
      **DEBTOR**
-----------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

    Linda M. Tirelli, attorney for the debtor, hereby certifies to the Court as follows:
1.    I am not a party for the foregoing proceeding;
2.    I am not less than 18 years of age;
3.    I have this day served a copy of the foregoing:

"NOTICE OF PRESENTMENT OF ORDER APPROVING MOTION TO SURRENDER REAL PROPERTY AND TO QUIT-CLAIM PROPERTY TO THE MORTGAGE SERVICER"

"MOTION TO SURRENDER REAL PROPERTY AND TO QUIT-CLAIM PROPERTY TO THE MORTGAGE SERVICER "

and "ORDER APPROVING MOTION TO SURRENDER REAL PROPERTY AND TO QUIT-CLAIM PROPERTY TO THE MORTGAGE SERVICER"

on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

    United States Department of Justice
    Office of United States Trustee
    Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, NY 10004

    Jeffrey Sapir, Chapter 7 Trustee
    399 Knollwood Road, Suite 102
    White Plains, NY 10603

Natalie Grigg, Esq.
& Royston Mendoza, Esq.
c/o Steven J. Baum, P.C.
220 Northpointe Parkway
Suite G
Amherst, NY 14228

Ms. Lucia Jaramillo
1523 Central Park Avenue #3F
Yonkers, NY 10710


4. I have also served copies of the aforesaid on all creditors listed on the master mailing matrix, a copy of which is attached hereto, in the same manner and method as described in paragraph number 3 above;

5. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

6. Service as outlined herein was made within the United States of America.

This the 2nd day of September, 2009.


_____/S/ Linda M. Tirelli_____
Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli
202 Mamaroneck Ave, 3rd Floor
White Plains, NY 10601
Phone: (914)946-0860
Fax: (914)946-0870
Email: WestchesterLegal@aol.com