IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
IN RE:                                               :
                                                     :   CHAPTER 7
LUCIA JARAMILLO,                                     :
                                                     :   CASE NO: 09-22869(RDD)
           DEBTOR                                    :
--------------------------------------------------------------- X

## ORDER APPROVING MOTION TO SURRENDER AND QUIT-CLAIM REAL PROPERTY TO MORTGAGEE

The above-captioned debtor (the "Debtor") have filed and served a motion (the "Motion") to surrender and quit-claim certain real property located at 1713 47th Street, North Bergen, NJ 07047 (the "Property") to BAC Home Loan Servicing , LP fka Countrywide Home Loans Servicing, LP, as holder, or agent for the holder, of the first mortgage on the Property (the "Mortgagee"); and, after due and sufficient notice of the Motion on the Mortgagee, the chapter 7 trustee and all other necessary parties, there being no objection thereto; and the Court having reviewed the Motion; and good cause, including the continuing burden on the Debtor of ownership of the Property notwithstanding the Debtor's intention, as stated in her chapter **7** petition and confirmed thereafter,to surrender the Property, it is hereby

**ORDERED** that the Motion is granted**;** and it is further

**ORDERED** that the Debtor may transfer the Property by quit-claim deed to the Mortgagee as provided in the Motion.

Dated:  New York, New York
        September 21, 2009

                                                 /S/ Robert D. Drain
                                                Hon. Robert D. Drain,
                                                United States Bankruptcy Judge